# United States District Court
## Southern District of Georgia

USA

**NOTICE**

V.

1.432, MORE OR LESS, LOCATED IN MCINTOSH COUNTY, STATE OF GEORGIA; ESTATES OF ELLIS ROZIER AND MAHALIE ROZIER, BOTH LATE OF MCINTOSH COUNTY, DECEASED, et al

CASE NUMBER: CV217-134

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | Federal Courthouse<br>801 Gloucester Street<br>Brunswick, GA | ROOM NO. | Courtroom 1 |
|---|---|---|---|
| | | DATE AND TIME | 05/07/2019 at 2:30 pm |

TYPE OF PROCEEDING

Hearing on just compensation

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

03/28/2019

DATE

s/ Whitney Sharp

(BY) DEPUTY CLERK

Phone No. 912-658-6667

To

Via NEF:
Anthony Conley Gentner
Daniel William Kastner
Shannon Heath Statkus
Bhavna Changrani

Via certified mail:
Kelli Rozier Mock
Harold Toups
Gilbert Rozier
William Rozier
Alona Rozier
Ruth Rozier Heath
McIntosh County Tax Commissioner
Kim Allen Rozier