# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV217-134**  
DATE **05/07/2019**

TITLE **USA v. 1.432 Acres, More or Less, located in McIntosh County et al**

TIMES **2:35 - 2:49**  
TOTAL **14 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  
Courtroom Deputy : **Whitney Sharp**  
Court Reporter : **Debra Gilbert**  
Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Patrick Schwedler<br>Bhavna Changrani | | |

PROCEEDINGS : **Hearing on just compensation**  
☑ In Court  
☐ In Chambers

**Present are counsel for the United States, interested party Ruth Roizer Heath and Adam Poppell for the McIntosh County Tax Commissioner.**
**Court 2:36 - 2:38**
**Plaintiff 2:39 - 2:44 / Interested party Ruth Rozier Heath 2:45 - 2:47**
**Plaintiff to prepare order for the Courts consideration to include change to Nancy Rozier, outstanding amount due to the Tax Commissioner, that follows the rules of inheritance.**

(Rev 7/2003)   GENERAL CLERK'S MINUTES